278

486 P.2d 176

**WESTERN UNION TELEGRAPH COM-
PANY, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of
Arizona, Respondent,**

**Myron E. Funk, Respondent Employee,**

**State Compensation Fund, Respond-
ent Carrier.**

**No. 10267–PR.**

Supreme Court of Arizona.

June 29, 1971.

"Ordered: Vacating order granting re-
view.

"Further Ordered: Petition for review is
denied."